```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 06208
   BRIDGET BROWN
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6367

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/30/2006 and was confirmed 08/14/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
CCO MORTGAGE               CURRENT MORTG         .00            .00            .00
CCO MORTGAGE               MORTGAGE ARRE   14851.56             .00       14851.56
CCO MORTGAGE CORP          NOTICE ONLY    NOT FILED             .00            .00
TCF                        NOTICE ONLY    NOT FILED             .00            .00
BANK ONE/CHASE BANK        UNSEC W/INTER  NOT FILED             .00            .00
BEST BUY/SHERMAN ACQ       UNSEC W/INTER  NOT FILED             .00            .00
CAPITAL ONE                UNSEC W/INTER     534.91             .00            .00
CAPITAL ONE                NOTICE ONLY    NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER    2482.50             .00            .00
TCF NATIONAL BANK          UNSEC W/INTER     433.00             .00            .00
MCI                        NOTICE ONLY    NOT FILED             .00            .00
ROUNDUP FUNDING LLC        UNSEC W/INTER      79.73             .00            .00
MCI COMMUNICATIONS         NOTICE ONLY    NOT FILED             .00            .00
OAK PARK PUBLIC LIBRARY    UNSEC W/INTER  NOT FILED             .00            .00
WEST SUBURBAN PHYSICIANS   UNSEC W/INTER  NOT FILED             .00            .00
LVNV FUNDING LLC           UNSEC W/INTER     324.59             .00            .00
RICHARD E SEXNER           DEBTOR ATTY     2,216.50                        2,216.50
TOM VAUGHN                 TRUSTEE                                         1,156.94
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              18,225.00

PRIORITY                                         .00
SECURED                                    14,851.56
UNSECURED                                        .00
ADMINISTRATIVE                              2,216.50
TRUSTEE COMPENSATION                        1,156.94
DEBTOR REFUND                                    .00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 06208 BRIDGET BROWN
```

```
                                    ---------------    ---------------
TOTALS                                    18,225.00          18,225.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
    Dated: 03/05/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

```
                             PAGE   2
         CASE NO. 06 B 06208 BRIDGET BROWN
```